PROB 35

# United States District Court
# for the
# Western District of Tennessee
# Request for Termination of Supervision Prior to Original Expiration

Name of Offender: Eddie Johnson         Docket No. 2:19CR20091-008

Name of Sentencing Judicial Officer: The Honorable John T. Fowlkes, United States District Judge

Date of Original Sentence: 12/02/2020

Original Offense: Conspiracy to Possess with Intent to Distribute Methamphetamine

| | |
|---|---|
| Original Sentence: Prison: Time Served; TSR: 48 Months | Type of Supervision: Supervised Release |
| Assistant U.S. Attorney: Mark Alan Erskine | Date Supervision Commenced: 12/02/2020 |
| Defense Attorney: Barry J. McWhirter | Date Supervision Expires: 12/01/2024 |

**PETITIONING THE COURT**

To allow Eddie Johnson's Supervised Release to terminate prior to expiration of the original term.

**CAUSE**

On February 21, 2023, Mr. Johnson filed a pro se motion requesting early termination of supervision. Mr. Johnson has made progressive strides toward achieving supervision objectives and appears to pose no specific risk to public safety. Mr. Johnson has maintained full-time employment throughout supervision. He meets the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law. He has been compliant with all conditions of supervision and was approved for low-risk supervision in November 2022. Assistant U.S. Attorney Mark Erskine was contacted and advised he takes no position regarding early termination in this case and will defer this matter to the Court. It is respectfully recommended that Mr. Johnson be granted early termination of supervision.

Respectfully submitted,

s/Marnie Klyman
U.S. Probation Officer

Approved:
s/Freddie McMaster II      March 6, 2023
Supervising U.S. Probation Officer     Date

**THE COURT ORDERS:**
☐ No Action
☒ The Offender be released from Supervision
☐ Other

*s/John T. Fowlkes, Jr.*

_____
Signature of Judicial Officer

Date: March 16, 2023